**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ENRIQUE NUNEZ-PENA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-22-0338-HE |
| | ) | |
| THE GEO GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff Enrique Nunez-Pena, a federal prisoner appearing *pro se*, filed a complaint alleging that he was not paid minimum wage for work performed while incarcerated as required by federal and state minimum wage laws.  Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Gary M. Purcell for initial proceedings.  Upon review of the complaint, Judge Purcell issued a Report and Recommendation recommending that this case be dismissed without prejudice.

The Report advised plaintiff of his right to object to the Report by June 6th, 2022. The court extended that deadline to July 11, 2022.  Plaintiff has not objected to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #28].  This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 20th day of July, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE